UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
  §
  §
SYLVIA JR., JOHN E. § Case No. 12-12173 KRM
SYLVIA, KATHLEEN A. §
  §
  §
    Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The case was converted to one under Chapter 7 on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____        By: /s/ANGELA WELCH , TRUSTEE_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-12173   KRM   Judge: K. RODNEY MAY |
|---|---|
| Case Name: | SYLVIA JR., JOHN E. |
|  | SYLVIA, KATHLEEN A. |
| For Period Ending: | 06/01/15 |

| Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 05/23/13 (c) |
| 341(a) Meeting Date: | 06/21/13 |
| Claims Bar Date: | 09/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE  3452 Cedar Crest Loop  Spring Hill, Fl 34609 | 172,638.00 | 0.00 | OA | 0.00 | FA |
| 2. TIMESHARE  Unit 407 of the Cove at Yamaouth Resort Hotel  Condominium, Massachusetts 02673 | 5,000.00 | 5,000.00 |  | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  Bank of america Checking Account Number 1231 | 2,412.00 | 412.00 |  | 175.00 | FA |
| 4. FINANCIAL ACCOUNTS  Bank Of America Savings Account | 234.00 | 234.00 |  | 75.00 | FA |
| 5. HOUSEHOLD GOODS  Bedroom Three  Bedroom Two  Dining room, Family room, TV, garage/tools, kitchen and dining room, Laundry room, living room  Master bedroom and bath, Patio | 2,240.00 | 2,240.00 |  | 1,750.00 | FA |
| 6. INSURANCE POLICIES  Life Insurance with federal  Employee's Group life Insurance  Claim Number A4115060-0  "Amount of Insuarnce before Reduction" Value Listed | 62,000.00 | 0.00 |  | 0.00 | FA |
| 7. INSURANCE POLICIES  Whole Life insurance with Knights oF Columbus  Policy 0101184637  Face Amount Value Listed | 5,250.00 | 0.00 |  | 0.00 | FA |
| 8. INSURANCE POLICIES  Whole Life Insuarance with knights of Columbus  Policy Number 0101184636  Face Amount Value Listed | 5,250.00 | 0.00 |  | 0.00 | FA |
| 9. VEHICLES  Chrysler Pacifica  2005 Chrysler Pacifica  Good Condition-75,000 miles  Nada Trade -In Value Listed | 6,450.00 | 0.00 | OA | 0.00 | FA |
| 10. Vehicle-  Mitsubishi Galant  2006 Mitsbushi Galant  78,000 Miles-Good Condition  Nada Trade-In Value Listed | 5,600.00 | 1,299.00 |  | 900.00 | FA |
| 11. BOOKS/COLLECTIBLES  Family Pictures  Vietnam Memorabillia | 100.00 | 100.00 |  | 25.00 | FA |
| 12. WEARING APPAREL  Mens and womens | 425.00 | 425.00 |  | 50.00 | FA |
| 13. FURS AND JEWELRY  2 wedding bands | 225.00 | 225.00 |  | 25.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-12173 | KRM | Judge: K. RODNEY MAY |
|---|---|---|---|
| Case Name: | SYLVIA JR., JOHN E. | | |
| | SYLVIA, KATHLEEN A. | | |

| Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 05/23/13 (c) |
| 341(a) Meeting Date: | 06/21/13 |
| Claims Bar Date: | 09/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| earings and necklace | | | | | |
| 14. CONTINGENT CLAIMS  FDC Chase (u) FDC-LASH-CHASE | 0.00 | 1,000.00 | | 0.00 | FA |

| TOTALS (Excluding Unknown Values) | $267,824.00 | $10,935.00 | | $3,000.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 29, 2013, 03:13 pm -CONVERSION
-atty asst called need con't 6/28
-341 & concluded.  Issues:  over, timeshare to bay area, look into PI (agent orange), FDC Lash
August 26, 2013, 03:47 pm -Agent Orange PI was false.  Not a true claim.  emailed Tammy at Bay area about time share..fdc Lash
August 27, 2013, 09:32 am -letter to attorney and debtor for overage of 4935 , 3928 full,  4 at 125.75, 6 at 847.50. 8 at 641.88...emailed Tammy at Bay area to sell time share
September 03, 2013, 10:03 am -agreed to 3,000 in overage and the deed to timeshare...will be mailing next week.
September 11, 2013, 10:18 am -email to Tammy with copy of deed to timeshare
November 20, 2013, 03:00 pm -debtor sent me a copy of the bill from the timeshare.  Sent a copy of that to Tammy at Bay Area.  Original in file
December 12, 2013, 01:07 pm -App/Dec and order to employ Tom Lash-T1212201313230
January 08, 2014, 03:06 pm -debtor called asking about timeshare.  Advised sale is in March....also waiting for FDC.
January 08, 2014, 03:07 pm -went ahead and did proof of service for Thomas Lash...missed it back from mid December ..docket 61
January 08, 2014, 03:54 pm -Proof of Service on Order Approving Application to Emply/Retian Thomas Lash as Special Counsel
January 27, 2014, 11:02 am -App/Dec and Order to employ Bay Area=T1272014105631
January 29, 2014, 10:31 am -proof of service on Order tro employ
January 29, 2014, 11:10 am -RNS
w/d of RNS for timeshare
-3/12/14 debtor calledl lots of ? tried to answer and ref to tyy over and over
April 10, 2014, 09:39 am Notice of Abandonment
-4/22/14 per atty lash FDC Chase is active drafting complaint; timeshare sale on hold due to doc stamp issue; pp bb rec'd.
April 25, 2014, 05:23 pm Filed RNS for PP
-4/30/14 d called, sd chase sill calling him he has file, emailed atty Lash, told D he needs to talk to his atty.
May 05, 2014, 10:43 am -debtor called asking questions...advised we are not attorneys and cant give legal advice.  Asked about his attorney...wont return emails, calls..went there and the office was empty.  Advised he needs to get another attorney for help.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | |
|---|---|
| Case No: 12-12173    KRM    Judge: K. RODNEY MAY | Trustee Name: ANGELA WELCH , TRUSTEE |
| Case Name: SYLVIA JR., JOHN E. | Date Filed (f) or Converted (c): 05/23/13 (c) |
| SYLVIA, KATHLEEN A. | 341(a) Meeting Date: 06/21/13 |
| | Claims Bar Date: 09/19/13 |

-5/14/14 rev case.  Issues:  FDC; timeshare sale on hold for doc stamp issue, once resolved, will auction
-6/25/14 qtrly rev, rev case w/ Lash office FDC pending
-7/21/14 tt audtioneer, ok to run out of state, not in doc stamp issue, working on future auction
-9/14 rev case, FDC pending
-12/18/14 per atty lash FDC not viable.  Just timeshare yet.
-1/15 rev case, auctioneer working on next auction
-4/15 rev case, determine small possible funds form t/s not worth holding case open. ready to close, rev poc. needs obj.
April 22, 2015, 11:56 am filed obj to claims
May 14, 2015, 04:42 pm rec'd backup for 8 looks fine w/d obj
May 27, 2015, 11:16 am creditor 5 amended claim now ok w/d obj
May 27, 2015, 02:35 pm Filled orders  on 3,4,6,9 and 10 ID no 5096,5099,5100,5101,5103
May 27, 2015, 04:27 pm order on 10 isgned, filed POS
May 28, 2015, 11:19 am Order on 9 filed POS
June 01, 2015, 04:23 pm prepare for close
June 01, 2015, 04:44 pm Filed BOS

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-12173 -KRM | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | SYLVIA JR., JOHN E. | Bank Name: | Union Bank |
|  | SYLVIA, KATHLEEN A. | Account Number / CD #: | *******1480  Checking Account |
| Taxpayer ID No: | *******6179 | | |
| For Period Ending: | 06/01/15 | Blanket Bond (per case limit): | $ 48,409,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/11/13 | 3, 4, 5 | Sylvia | pymt pp over | 1129-000 | 1,000.00 | | 1,000.00 |
| 09/11/13 | 5 | Sylvia | pymt bb pp over | 1129-000 | 1,000.00 | | 2,000.00 |
| 09/11/13 | * NOTE * | Sylvia | pymt pp bb | 1129-000 | 1,000.00 | | 3,000.00 |
| | | | * NOTE *  Properties 10, 11, 12, 13 | | | | |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,985.00 |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,970.00 |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,955.00 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,940.00 |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,925.00 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,910.00 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,895.00 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,880.00 |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,865.00 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,850.00 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,835.00 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,820.00 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,805.00 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,790.00 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,775.00 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,760.00 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,745.00 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,730.00 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,715.00 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,700.00 |

Page Subtotals   3,000.00   300.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-12173 -KRM | | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|
| Case Name: | SYLVIA JR., JOHN E. | | Bank Name: | Union Bank |
| | SYLVIA, KATHLEEN A. | | Account Number / CD #: | *******1480  Checking Account |
| Taxpayer ID No: | *******6179 | | | |
| For Period Ending: | 06/01/15 | | Blanket Bond (per case limit): | $ 48,409,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,000.00 | 300.00 | 2,700.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,000.00 | 300.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,000.00 | 300.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********1480 | | 3,000.00 | 300.00 | 2,700.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 3,000.00 | 300.00 | 2,700.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 18.04c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 01, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-12173  
Debtor Name: SYLVIA JR., JOHN E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002B 070 70 | Napus FCU<br>PO Box 148<br>Alexandria, VA 22313 | Unsecured | | $11,677.30 | $0.00 | $11,677.30 |
| 000005-2 070 70 | Cheswold (Ophrys), LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured | | $27,880.71 | $0.00 | $27,880.71 |
| 000007 070 70 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,332.79 | $0.00 | $6,332.79 |
| 000008-2 070 70 | eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | Unsecured | | $1,268.58 | $0.00 | $1,268.58 |
| 000011 070 70 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $251.69 | $0.00 | $251.69 |
| 000012 070 70 | Main Street Acquisition Corp., assignee of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,139.53 | $0.00 | $5,139.53 |
| 000013 070 70 | Main Street Acquisition Corp., assignee of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,093.40 | $0.00 | $7,093.40 |
| 000015 070 70 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $2,251.45 | $0.00 | $2,251.45 |
| 000016 070 70 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $581.60 | $0.00 | $581.60 |
| 000017 070 70 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $334.48 | $0.00 | $334.48 |
| 000018 070 70 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $460.44 | $0.00 | $460.44 |
| 000019 070 70 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $646.68 | $0.00 | $646.68 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 01, 2015 |

Case Number:  12-12173  
Debtor Name:  SYLVIA JR., JOHN E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>999<br>999 | Napus FCU<br>PO Box 148<br>Alexandria, VA 22313 | Secured | | $0.00 | $0.00 | $0.00 |
| 000002A<br>999<br>999 | Napus FCU<br>PO Box 148<br>Alexandria, VA 22313 | Secured | | $0.00 | $0.00 | $0.00 |
| 000014<br>999<br>999 | Chase Records Center:<br>Attn: Correspondence Mail<br>700 Kansas Lane,<br>Monroe, LA 71203 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $63,918.65 | $0.00 | $63,918.65 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-12173 KRM
Case Name: SYLVIA JR., JOHN E.
          SYLVIA, KATHLEEN A.
Trustee Name: ANGELA WELCH , TRUSTEE

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Napus FCU<br>PO Box 148<br>Alexandria, VA 22313 | $ | $ | $ | $ |
| 000002A | Napus FCU<br>PO Box 148<br>Alexandria, VA 22313 | $ | $ | $ | $ |
| 000014 | Chase Records Center:<br>Attn: Correspondence Mail<br>700 Kansas Lane,<br>Monroe, LA 71203 | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH , TRUSTEE | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: ANGELA WELCH, TRUSTEE | $ | $ | $ |
| Charges: Clerk, United States Bankruptcy Court | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005-2 | Cheswold (Ophrys), LLC c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle, WA 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000008-2 | eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | $ | $ | $ |
| 000011 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000012 | Main Street Acquisition Corp., assignee<br>of CHASE BANK USA, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000013 | Main Street Acquisition Corp., assignee<br>of CHASE BANK USA, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000015 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |
| 000017 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | $ | $ | $ |
| 000019 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | $ | $ | $ |
| 000002B | Napus FCU PO Box 148 Alexandria, VA 22313 | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                                $_____


Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE